ALBERT J. LOMAX *v.* J. R. WATKINS COMPANY

[No. 2, January Term, 1939.]

*Decided January 18th, 1939.*

The cause was argued before BOND, C. J., OFFUTT, PARKE, SLOAN, MITCHELL, SHEHAN, JOHNSON, and DELAPLAINE, JJ.

*Philip H. Dorsey, Jr.,* with whom was *C. Henry Camalier* on the brief, for the appellant.

*John H. T. Briscoe,* with whom was *Wm. Aleck Loker* on the brief, for the appellee.

The opinion was delivered *per Curiam.*